## Commonwealth, Appellant, *v.* Wylie.

Before WILLIAMS, JR., J.

Submitted June 18, 1974. *David Richman, John H. Isom,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellant; *A. Benjamin Johnson, Jr.,* for appellee.

Order affirmed.

## Commonwealth *v.* Zimmerman, Appellant.

Before WILLIAMS, P. J.

Submitted June 10, 1974. *James A. Pruyne,* and *Duvall, Reuter & Pruyne,* for appellant; *C. Wayne Smyth,* Assistant District Attorney, and *Maurice L. Epstein,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.